# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:12-cr-00400-MMD-GWF |
| vs. | **ORDER** |
| ASHLEE MARTIN, et al., | |
| Defendants. | |

This matter is before the Court on Defendant Ashlee Martin's Motion to Modify Conditions of Release (#83), filed March 8, 2013. The motion is unopposed. Pursuant to Local Criminal Rule 47-9, "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute consent to the granting of the motion." Accordingly,

**IT IS HEREBY ORDERED** that Defendant Ashlee Martin's Motion to Modify Conditions of Release (#83) is **granted**.

DATED this 9th day of April, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**